## 54604. DAMMONS et al. v. THE STATE.

QUILLIAN, Presiding Judge.
The defendant appeals his conviction for robbery by force. *Held:*
The trial judge's charge on force was not error for the reasons assigned. *Merritt v. State,* 139 Ga. App. 171, 173 (2) (228 SE2d 149); *Walker v. State,* 225 Ga. 734 (2) (171 SE2d 290).

*Judgment affirmed. Shulman and Banke, JJ., concur.*

SUBMITTED OCTOBER 11, 1977 — DECIDED JANUARY 9, 1978.

*Jack H. Affleck, Jr.,* for appellants.
*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.